■ In the Matter of REGINALD MCFADDEN, Appellant, v STEPHEN DEL GIACCO, as Records Access Officer of the Office of the Inspector General, et al., Respondents. [52 NYS3d 236]—Appeal from a judgment of the Supreme Court (Hard, J.), entered January 27, 2016 in Albany County, which, in a proceeding pursuant to CPLR article 78, granted respondents' motion to dismiss the petition.

Judgment affirmed. No opinion.

Lynch, J.P., Devine, Clark, Mulvey and Aarons, JJ., concur. Ordered that the judgment is affirmed, without costs.